UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JUN -2 PM 2:27

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| KISTON V. WALTON, for and on behalf of Kyren J. Walton | CIVIL ACTION |
| VERSUS | NO: 07-4179-MLCF-SS |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the complaint of Kiston V. Walton, for and on behalf of her minor child, Kyren J. Walton, be dismissed without prejudice.

New Orleans, Louisiana, this 30th day of MAY, 2008.

UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_x_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____